FILED
DEC 0 5 2013
Clerk, U.S. District Court
District Of Montana
Great Falls

LAURA B. WEISS
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Laura.Weiss@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 13-112-GF-DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | INVOLUNTARY MANSLAUGHTER (Count I) Title 18 U.S.C. §§ 1153(a) and 1112 (Penalty: Eight years imprisonment, $250,000 fine, and three years of supervised release) |
| TYRONE DEAN WELCH, Defendant. | ASSAULT RESULTING IN SERIOUS BODILY INJURY (Count II-III) Title 18 U.S.C. §§ 1153(a) and 113(a)(6) (Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |

|  | **FALSE STATEMENT TO A FEDERAL OFFICER** (Count IV) Title 18 U.S.C. § 1001 (Penalty: 8 years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about November 22, 2012, near Poplar, Montana, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, TYRONE DEAN WELCH, an Indian person, committed an unlawful act not amounting to a felony, namely Reckless Driving, that unlawful act being proximate cause of the unlawful killing of K.R. in violation of 18 U.S.C. §§ 1153(a) and 1112(a).

## COUNT II

That on or about November 22, 2012, near Poplar, Montana, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, TYRONE DEAN WELCH, an Indian person, willfully and recklessly

assaulted V.W., said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

## COUNT III

That on or about November 22, 2012, near Poplar, Montana, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, TYRONE DEAN WELCH, an Indian person, willfully and recklessly assaulted K.W., said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

## COUNT IV

That on or about November 23, 2012, at Poplar, in the State and District of Montana, the defendant, TYRONE DEAN WELCH, willfully and knowingly made a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of a department and agency of the United States by stating to a Federal Bureau of Investigation (FBI) Agent that at the time of the November 22, 2012, crash, K.R. was driving and he was in the back seat sleeping, when in truth and in fact, as TYONE DEAN WELCH then and there knew, he,

not K.R., was driving the vehicle at the time of the crash, in violation of 18 U.S.C. § 1001.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

_____
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: ✓ _____
Bail: _____